# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HASSANPOOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICE KING PAINT & BODY, LLC<br><br>    Defendant. | Case No. 2:22-cv-00917-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BEYOND 28 DAYS [L.R. 144(A)]**<br><br>Complaint Filed: May 27, 2022<br>Trial Date:      Not Set<br><br>District Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Jeremy D. Peterson |

The court has reviewed the parties' stipulation and finds good cause to **grant** the stipulation. Defendant shall file a responsive pleading on or before August 15, 2022.

**IT IS SO ORDERED.**

DATED: July 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE