1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12   MOHAMMAD HASSANPOOR,                    Case No.:  2:22-CV-00917-KJM-JDP

13         Plaintiff,                        **ORDER ON STIPULATED REQUEST TO CONTINUE DISCOVERY DEADLINES AND DISPOSITIVE MOTION HEARING DATE**

14   v.

15   SERVICE KING PAINT & BODY, LLC,

16         Defendant.                        Complaint Filed:  May 27, 2022
                                             Trial Date:         None
17                                           District Judge:    Hon. Kimberly J. Mueller
                                                                Courtroom 3, Sacramento
18                                           Magistrate Judge: Hon. Jeremy D. Peterson
                                                                Courtroom 9, Sacramento
19

20

21

22

23

24

25

26

27

28

1

1    The Court, having reviewed the Parties' stipulated request to continue discovery

2  deadlines and the dispositive motion hearing date in the scheduling order of this matter, and after

3  considering the stated bases for the request, finds good cause and therefore GRANTS the

4  stipulated request.  Accordingly, the Court ORDERS:

5        1.  Discovery shall be completed by the following dates:

6            Non-expert discovery:          December 15, 2023

7            Expert disclosures:            December 29, 2023

8            Rebuttal expert disclosures:   January 19, 2024

9            Expert discovery:              February 8, 2024

10       2.  Dispositive motions, if any, shall be heard by April 5, 2024.

11       3.  The parties shall engage in mediation with Marisa Ratinoff, Esq. on October 26,

12           2023.

13       4.  The parties shall submit a notice of settlement or joint status report to the Court

14           within 10 days of the above mediation.

15

16  IT IS SO ORDERED.

17

18  Dated:  September 29, 2023.

19

20                                    _____

21                                    CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

ORDER ON STIPULATED REQUEST TO CONTINUE DISCOVERY DEADLINES AND
DISPOSITIVE MOTION HEARING DATE

58513671.v1-OGLETREE