1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12  Mohammad Hassanpoor,                              No.  2:22-cv-00917-KJM-JDP

13                  Plaintiff,

14          v.                                        **ORDER**

15  Service King Paint & Body, LLC,

16                  Defendant.

17

18          Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a

19  United States Magistrate Judge."  *See* 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R.

20  305, both the district court judge assigned to the case and the magistrate judge must approve the

21  reference to the magistrate judge.

22          The undersigned has reviewed the file herein and recommends that the above-captioned

23  case be reassigned and referred to the magistrate judge for all further proceedings and entry of

24  final judgment.

25          IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable

26  Jeremy D. Peterson.  The parties shall please take note that all documents hereafter filed with the

27  Clerk of the Court shall bear case No. 2: 2:22-cv-00917-JDP.  All currently scheduled dates

28  presently set before Judge Mueller are hereby VACATED.

1    IT IS SO ORDERED.

2   DATED:  November 14, 2023.

3

4                                                         CHIEF UNITED STATES DISTRICT JUDGE

5

6    Having also reviewed the file, I accept reference of this case for all further proceedings

7   and entry of final judgment.

8   DATED:  November 15, 2023

9

10                                                        JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28