1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11
12 MOHAMMAD HASSANPOOR,

Case No.: 2:22-cv-00917-JDP

13      Plaintiff,

**ORDER ON STIPULATED REQUEST TO APPROVE FLSA SETTLEMENT AND DISMISS WITH PREJUDICE**

14 vs.
15 SERVICE KING PAINT & BODY, LLC,
16      Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

The court, having reviewed the parties' stipulated request to approve the FLSA wage settlement in this matter and dismiss the First and Second Causes of Action with prejudice, and the Settlement Agreement and Release of Wage Claims Under the Federal Labor and Standards Act, finds the parties' settlement agreement as to plaintiff's first and second causes of action fair and reasonable. The court therefore approves the stipulated request. Accordingly, it is hereby ORDERED that:

1. The parties' settlement of U.S. Fair Labor Standards Act wage claims in this matter is approved.
2. The First and Second Causes of Action of the First Amended Complaint are ordered DISMISSED WITH PREJUDICE.
3. Within seven days of the date of this order, the parties shall file either a stipulation to dismiss all other remaining claims or a status report addressing how the parties intend to proceed with the first amended complaint's remaining claims.

IT IS SO ORDERED.

Dated: November 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE